NO. 07-04-0584-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 11, 2005

_____

DEONDRICK T. WOODS, APPELLANT

V.

DIANA ALICIA VALDEZ, APPELLEE

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 69,877-D; HONORABLE DON EMERSON, JUDGE

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On December 15, 2004, the clerk of this court received a copy of a Notice of Appeal filed on behalf of appellant, Deondrick T. Woods. By letter dated December 28, 2004, the clerk advised appellant that a filing fee had not been received, see TEX. R. APP. P. 5. The clerk's letter likewise advised that failure to pay the filing fee may result in dismissal of the appeal. See TEX. R. APP. P. 42.3.

The filing fee has not been paid. Accordingly, this appeal is dismissed. TEX. R. APP.

P. 42.3.


James T. Campbell
Justice